UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD SUNDAY IFILL,

                                    Plaintiff,

                                                        **ORDER**

            vs.

                                                        **03-CV-355S(F)**

GLENN GOORD, *et al.*,

                                    Defendants.
_____


            By papers filed March 6, 3006, Defendants moved to amend the December 7,

2005 Scheduling Order (Doc. No. 79).  For good cause shown, the motion is

GRANTED.  The Scheduling Order is amended as follows:

            1.        Dispositive motions, if any, shall be filed no later than **May 1, 2006.**  Such

motions shall be made returnable before Judge Skretny.

SO ORDERED.

                                    /s/ *Leslie G. Foschio*

                        _____
                              LESLIE G. FOSCHIO
                              UNITED STATES MAGISTRATE JUDGE

DATED:        March 13, 2006
              Buffalo, New York